CC: KJM LLC

ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

MC 19 00018 LEK KJM

| In the Matter in the search of GIMMIELGRPLLC@GMAIL.COM | Docket # MJ 18- KJM<br><br>Docket # |
|---|---|

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 22 2019
at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

# NOTICE OF OBJECTION TO SEARCH AND SEZUIRE WARRANT REGARDING EMAILS

Comes Now, Rosemarie Dradi, a living breathing human being, natural woman of the land, who is a private American citizen decreeing her unalienable rights from the Constitution of the United States of whom is not an Attorney, nor am I trained in the law, and I, RoseMarie Dradi humbly request this Honorable Court afford me greater latitude in consideration of the efficacy of my pleadings in this regard according to Haines v. Kerner, 404 U.S. 519 (1972); 492 F. 2d 937 (1974).

1. The undersigned OBJECTS to the email received by USER@GOOGLE.COM regarding an alleged search and seizure warrant has been issued against the undersigned under the jurisdiction of this court by and through the FBI (Federal Bureau of Investigation). Some agent of the US Attorney's Office in Hawaii must

have authorized the issuance of this alleged valid legal document but said document violates the Constitutional Rights of the undersigned. The Clerk of the Court and any presiding judge in this matter is a sworn Officer of the Court. Any attempts to violate the sworn oaths of office taken by any agent of this court may be subject to legal proceedings later. 28 U.S.C. § 2072(b) which states, *"Such rules shall not abridge, enlarge or modify any substantive right. All conflict with such rules shall be of no further force or effect after such rules have taken effect."*

2. I do NOT CONSENT to the release of any information pertaining to any email accounts of mine to any agency of the United States Government. I am neither an ENEMEY OF THE STATE nor a friend of an ENEMY OF THE STATE. I have engaged in no actions, which have (has) harmed any of my fellow men and women, respectively.

3. I have been informed that certain documents and proceedings regarding this matter have been sealed and that is a violation of my 6th Amendment Rights (*"...To be informed of the nature and cause of the accusation; to be confronted with the witnesses against* him**)** pursuant to the fact that I always have a right to face my accuser and know all evidence and the like documents that are being used against me.

4. There are numerous defects in the attached search and seizure warrant for this instant matter. The warrant was redacted of which

I am not able to see any of the relevant information. Pursuant to DUE PROCESS OF LAW I have a right to see all allegations being lodged against me. My Constitutional rights that all government officials are sworn & are bound too, protects my Bill of Rights that I, RoseMarie Dradi, a natural woman on of the land CANNOT be deprived of anything including my privacy pursuant to DUE PROCESS OF LAW regarding this matter according to my 4th, 5th, 6th and 14th Amendment Rights to the United States Constitution. There is no substance behind these allegations being done in a sealed star room docket. This entire instant matter constitutes a Total VIOLATION of my Constitutional Rights & Violation of DUE PROCESS of Law.

5. In accordance with all applicable procedural law the undersigned has the right to be treated fairly. The actions of the Government have violated the due process rights of the undersigned and any violation of Due Process and Oath of Public Office renders the Court where the presiding judge allowing such violations to occur constitutionally defective and causing the court to be constitutionally incompetent by said judge. In such Court violation of Oath of Office is subject for removal pursuant to 28 U.S.C. § 455(a). This would be the case if this court were to allow the US Government to continue to engage in actions against the undersigned without due process.

6. Any requests for search and seizure documents regarding the undersigned for alleged criminal actions are FRIVILOUS and oppressive to me for this instant matter. **This is in direct violation of my 4th Amendment Rights to the US Constitution.** Said Amendment states "*The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation particularly describing the place to be searched, and the persons or things to be seized*."

7. I have been injured from the Government's unlawful egregious *ultra vires* acts as the result of an alleged criminal investigation, and as a result, I have verifiable grounds to seek remedy and relief to be made whole again. I have reason to believe that I can obtain this remedy and relief from this Court against the Governments contemptuous criminal acts, and respectfully expects this Court to do so forthwith as a matter of law.

8. The undersigned gains this right by meeting a three-pronged test: First, the Plaintiff must have suffered an "injury in fact," *i.e.,* "an invasion of a legally-protected interest which is (a) concrete and particularized, and (b) actual or imminent, not 'conjectural' or 'hypothetical'"; second, a causal connection must exist between the injury and the conduct complained of, that is, "the injury has to be fairly . . . trace[able] to the challenged action of the defendant, and not . . . th[e] result [of] the independent action of some third party not before the court"; and third, "it must be 'likely,' as opposed to merely 'speculative,' that the injury

will be 'redressed by a favorable decision.'" (all quotes from _Lujan v. Defenders of Wildlife_, 504 U.S. 555, 1992, for line item #'s 10-13).

9. *"Against this backdrop, to state a claim for a deprivation of Due Process, a plaintiff must show: (1) that he (she) possessed a constitutionally protected property interest; and (2) that he (she) was deprived of that interest without due process of law."* Due process property interests are created by "existing rules or understandings that stem from an independent source such as state law--rules or understanding that secure certain benefits and that support claims of entitlement to those benefits."

10. *"To have a property interest protected by the Due Process Clause, "a person must have more than an abstract need or desire for it. He (she) must have more than a unilateral expectation of it. He (she) must, instead, have a legitimate claim of entitlement to it."* While the existence of a protected property interest is decided by reference to state law, the determination of whether due process was accorded is decided by reference to the Constitution.

11. <u>Due process requires that "a deprivation of life, liberty, or property 'be preceded by notice and opportunity for hearing appropriate to the nature of the case</u>,'"

12. In construing the Due Process Clause, the United States Supreme Court has held that negligent acts by state actors do not effect a "deprivation" for the purposes of the Due Process Clause, and the random and unauthorized conduct of a

government actor, even if intentional, does not implicate the Due Process Clause if the state provides a meaningful post-deprivation remedy, such as, for example, a tort remedy in its own courts.

13. I respectfully bring to this Court's attention that clearly established law provides protection against deprivations of *procedural* due process. The Due Process Clause has two *substantive* components--the substantive due process *simpliciter* and incorporated substantive due process. "In order to state a claim for a violation of the substantive due process *simpliciter*, the plaintiff must demonstrate that the defendant engaged in conduct that was "arbitrary, or conscience shocking, in a constitutional sense." This form of due process has very limited application, but, in contrast to certain procedural due process claims, the existence of adequate post-deprivation remedies does not bar a substantive due process claim. With respect to incorporated substantive due process, the plaintiff may state a claim by proving a violation of one of the Bill of Rights. The Supreme Court has held that one of the substantive elements of the Due Process Clause protects those rights that are fundamental--rights that are implicit in the concept of ordered liberty, and has, over time, held that virtually all of the Bill of Rights protect such fundamental rights and has likewise held that they apply to the states through the "liberty" interest of the Due Process Clause. However, the Court has held that when a specific provision within the Bill of Rights already provides protection, the more generalized notion of due process should not be used to define constitutional rights.

14. This instant matter is a direct violation of my 14th Amendment Rights (Section 1), which state in part: ..."*No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; <u>nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws</u>.*"

15. This instant matter is also a direct violation of my 5th Amendment Rights which state in part: ..."*<u>nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation</u>.*"

16. The alleged criminal investigation mentioned by the Government has yielded no arrests or indictments of any kind as of the filing of this document with attachments.

17. <u>The undersigned notices this court of a pending suit in the United States Court of Federal Claims bearing case # 18-1387 T, whereby Plaintiff is on said case as a Plaintiff against the UNITED STATES and a series of co-defendant's which include the US ATTORNEY'S OFFICE IN HAWAII (John Doe named co-defendant's). As of the filing of this document, the Defendant in said federal court of claims case is in default for failure to respond to the originally filed / amended complaint as directed by Judge Charles Lettow. See attached default documents.</u>

18. The undersigned is a Plaintiff on said Federal Court of Claims case due to violations of due process rights that have been done by SPECIAL AGENT Mark

Macpherson of the IRS Criminal Investigation Division (IRS CID) out of the Honolulu Hawaii office regarding an alleged criminal investigation into the undersigned and associates / acquaintances of the undersigned. Mr. Macpherson has violated his oath of office in the official performance of his duties, as he is a co-defendant into said case noted above.

19. He and his other SPECIAL AGENTS conducted an unlawful series of raids against two associates of the undersigned UNDER COLOR OF LAW and any agent of this court or the FBI that engages in actions which deprive the undersigned of her rights as guaranteed under natural law and the US Constitution will be added into the Federal Court of Claims case as a co-defendant.

20. <u>Bottom line to this whole issue is this, the US Government cannot break the law to attempt to ENFORCE the law and that is exactly what happened to me and associates of mine as a result of the raid which was conducted by the IRS CID SPECIAL AGENT's out of the Honolulu Hawaii office under color of law and without jurisdiction.</u>

21. WHEREFORE, the undersigned hereby notices this court of her objection to the requested release of any of her email information to any agents, heirs or assigns of the US Government. Exhibits A & B attached. This Objection is presented in the spirit of aloha.

Submitted signed, and sealed this 20th day of January, 2019

/s/ Rosemarie Dradi
Rosemarie Dradi, an Injured Human Being
c/o PO Box 386

Ridgefield, Washington 98642
All Rights Reserved
Without Prejudice