MC19 00018 LEK KJM

# Exhibit A

**VIOLATIONS OF DUE PROCESS & MY BILL OF RIGHTS AMENDMENTS IV, V, VI, XIV**



SEALED BY ORDER OF THE COURT