# Exhibit B
# FCOC #18-CV-01837(T)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REPRESENTATIVE CLASS PLAINTIFFS:
*on behalf of themselves and others so situated as putative class members,*

John W. Barry, Karrine N. Montaque, Moses Nelson, Joel Adeyemi Omotosho, Julio Ruiz, Patricia Hinds, Elba M. Viera Lopez, Carl McBean, RoseMarie M. Lastimado-Dradi, Elvah Bliss Miranda, Daniel B. Miranda, Marciaminajuanequita R. T. Dumlao, Rosalie O. Libanag, Rodrigo B. Libanag, Hannah K. Heart, Brigida E. Chock, Michael T. Chock, Leoncio L. Bautista, Scott F. Hawver, Beverly Braumuller-Hawver, Paul K. Meyer, Eurich Z. Griffin, III, Barbara W. Griffin, Rose Ann Flor, McKinley Lewis, Annette Torruellas, Sheryl Tinoco, Radames Rodriguez, Jeanette Delgado, Aaron Aqueron, Benedicta Sison, Betty Ananyo, Rafael Ramos, Ada Ramos, Hector Mendez, Miriam Mendez, Jose Valez, Magdelena Nieves, Juanito Estrada, among others similarly situated,

*Unincorporated Natural Persons Standing in Propria Persona Sui Juris,*

-against-

UNITED STATES, UNITED STATES DEPARTMENT OF THE TREASURY, STEVEN MNUCHIN, SECRETARY, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, JOHN KOSKINEN, UNITED STATES DEPARTMENT OF JUSTICE ACTING ATTORNEY GENERAL DAVID A. HUBBERT, UNITED STATED ATTORNEY GENERAL, JEFFERSON B. SESSIONS, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY BRADLEY A. SARNELL,

Case No.1:18-cv-01837T(CFL)

## MOTION
## FOR ENTRY OF
## DEFAULT JUDGMENT
PURSUANT TO FRCP RULE 55(a)

DECEMBER 31, 2018

UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY SARAH T. MAYHEW, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY LAQUITA TAYLOR-PHILLIPS, I.R.S. ACCOUNTING OPERATIONS MANAGER BENJAMIN F. RAY, I.R.S. FIELD AGENT SARAH DAVIDSON, I.RS. REVENUE OFFICER JOHN SHATRAW, I.RS. REVENUE OFFICER JAMES GREENWAY, I.R.S., I.R.S. REVENUE OFFICER COLIN P. KELLY, I.R.S. REVENUE OFFICER KENNETH O. JUSTICE, I.R.S. REVENUE OFFICER R.A. MITCHEL, I.R.S. REVENUE OFFICER MICHAEL W. COX, I.R.S. REVENUE OFFICER ELBA Y. PORRATA-DORIA, I.R.S. REVENUE OFFICER BART BRELLENTHIN, I.R.S. REVENUE OFFICER K. COLT, I.R.S. REVENUE OFFICER DEBORAH JAMES, I.R.S. REVENUE OFFICER CYNTHIA D. SPRY, I.R.S. REVENUE OFFICER NEIL CASEY, I.R.S. REVENUE OFFICER JAMES BECK, I.R.S. SUPERVISORY FIELD AGENT DAVID SMITH, I.R.S. ADVISORY GROUP AGENT LASONIA KIMES, I.R.S. ADVISORY GROUP MANAGER L. DUNN, I.R.S. ADVISORY GROUP MANAGER LISA MORRISON, I.R.S. DIRECTOR OF SPECIALTY COLLECTIONS CHERYL CORDERO, I.R.S. OPERATIONS MANAGER FOR COLLECTIONS SHERRI HOLCOMB, I.R.S. OPERATIONS MANAGER TONYA WILLIAMS-WALLACE, I.R.S. GENERAL ATTORNEY JAMES P. CALIGURE, I.R.S. ASSOCIATE AREA COUNSEL MONICA E. KOCH, I.R.S. TERRITORY MANAGER PAUL G. ALVARADO, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER DAVID FERS, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER MARK MACPHERSON, ALCOHOL TOBACCO

DECEMBER 31, 2018

& FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER KELLY MAEDA, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER RYAN SPENCER, DEPARTMENT OF THE TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION OFFICER CHRISTOPHER J. GUST, I.R.S. RICS/IVO PROGRAM MANAGER CHRISTINE L. DAVIS, I.R.S. DISCLOSURE SPECIALIST SUMMER A. SUTHERLAND, UNITED STATES BANKRUPTCY TRUSTEE ROBERTA NAPOLITANO, UNITED STATES BANKRUPTCY TRUSTEE ELIZABETH A. KANE, AND UNKNOWN OTHER JOHN "DOES" AND JANE "ROES" WHO ARE DEPARTMENT OF JUSTICE ATTORNEYS, TREASURY SPECIAL AGENTS OR I.R.S. OFFICERS, EMPLOYEES, TREASURY AGENTS AND OTHER UNKNOWN STATE ACTORS 1 THROUGH 100; (*All parties acting as Agents, Attorneys or employees on behalf of the Government are all being sued in their individual capacities*) ET. AL.,

Defendant(s).

DECEMBER 31, 2018

---

Plaintiff, **RoseMarie M. Lastimado-Dradi**, an unincorporated living Soul, flesh and blood natural woman on the land, who is Not an enemy of the State, Nor a friend of an enemy of the State, Nor a surety to anyone, standing before this Court *in propria persona sui juris*, hereby makes Motion to the Court that the Clerk of Court enter Default against the Defendant(s), and each of them, pursuant to FRCP Rule 55(a). In support of this request Plaintiff places upon the record in this case the Affidavit herein submitted in support of this Motion.

Date: December 31, 2018.

*[signature]*

**RoseMarie M. Lastimado-Dradi**
**American Citizen**
**P.O. BOX 386**
**Ridgefield, WA [98642]**
**Non-Domestic**

cc: KATHERINE R. POWERS, Esq.
    Trial Attorney
    UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION
    Court of Federal Claims Section
    P.O. Box 26
    Ben Franklin Station
    Washington, D.C. 20044

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REPRESENTATIVE CLASS PLAINTIFFS:
*on behalf of themselves and others so situated as putative class members,*

John W. Barry, Karrine N. Montaque, Moses Nelson, Joel Adeyemi Omotosho, Julio Ruiz, Patricia Hinds, Elba M. Viera Lopez, Carl McBean, RoseMarie M. Lastimado-Dradi, Elvah Bliss Miranda, Daniel B. Miranda, Marciaminajuanequita R. T. Dumlao, Rosalie O. Libanag, Rodrigo B. Libanag, Hannah K. Heart, Brigida E. Chock, Michael T. Chock, Leoncio Bautista, Scott F. Hawver, Beverly Braumuller-Hawver, Paul K. Meyer, Eurich Z. Griffin, III, Barbara W. Griffin, Rose Ann Flor, McKinley Lewis, Annette Torruellas, Sheryl Tinoco, Radames Rodriguez, Jeanette Delgado, Aaron Aqueron, Benedicta Sison, Betty Ananyo, Rafael Ramos, Ada Ramos, Hector Mendez, Miriam Mendez, Jose Valez, Magdelena Nieves, Juanito Estrada, among others similarly situated,

*Unincorporated Natural Persons Standing in Propria Persona Sui Juris,*

-against-

UNITED STATES, UNITED STATES DEPARTMENT OF THE TREASURY, STEVEN MNUCHIN, SECRETARY, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, JOHN KOSKINEN, UNITED STATES DEPARTMENT OF JUSTICE ACTING ATTORNEY GENERAL DAVID A. HUBBERT, UNITED STATED ATTORNEY GENERAL, JEFFERSON B. SESSIONS, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY BRADLEY A. SARNELL,

Case No.1:18-cv-01837T(CFL)

## AFFIDAVIT OF **RoseMarie M. Lastimado-Dradi** IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP RULE 55(a)

DECEMBER 31, 2018

UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY SARAH T. MAYHEW, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY LAQUITA TAYLOR-PHILLIPS, I.R.S. ACCOUNTING OPERATIONS MANAGER BENJAMIN F. RAY, I.R.S. FIELD AGENT SARAH DAVIDSON, I.RS. REVENUE OFFICER JOHN SHATRAW, I.RS. REVENUE OFFICER JAMES GREENWAY, I.R.S., I.R.S. REVENUE OFFICER COLIN P. KELLY, I.R.S. REVENUE OFFICER KENNETH O. JUSTICE, I.R.S. REVENUE OFFICER R.A. MITCHEL, I.R.S. REVENUE OFFICER MICHAEL W. COX, I.R.S. REVENUE OFFICER ELBA Y. PORRATA-DORIA, I.R.S. REVENUE OFFICER BART BRELLENTHIN, I.R.S. REVENUE OFFICER K. COLT, I.R.S. REVENUE OFFICER DEBORAH JAMES, I.R.S. REVENUE OFFICER CYNTHIA D. SPRY, I.R.S. REVENUE OFFICER NEIL CASEY, I.R.S. REVENUE OFFICER JAMES BECK, I.R.S. SUPERVISORY FIELD AGENT DAVID SMITH, I.R.S. ADVISORY GROUP AGENT LASONIA KIMES, I.R.S. ADVISORY GROUP MANAGER L. DUNN, I.R.S. ADVISORY GROUP MANAGER LISA MORRISON, I.R.S. DIRECTOR OF SPECIALTY COLLECTIONS CHERYL CORDERO, I.R.S. OPERATIONS MANAGER FOR COLLECTIONS SHERRI HOLCOMB, I.R.S. OPERATIONS MANAGER TONYA WILLIAMS-WALLACE, I.R.S. GENERAL ATTORNEY JAMES P. CALIGURE, I.R.S. ASSOCIATE AREA COUNSEL MONICA E. KOCH, I.R.S. TERRITORY MANAGER PAUL G. ALVARADO, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER DAVID FERS, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER MARK MACPHERSON, ALCOHOL TOBACCO

DECEMBER 31, 2018

& FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER KELLY MAEDA, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER RYAN SPENCER, DEPARTMENT OF THE TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION OFFICER CHRISTOPHER J. GUST, I.R.S. RICS/IVO PROGRAM MANAGER CHRISTINE L. DAVIS, I.R.S. DISCLOSURE SPECIALIST SUMMER A. SUTHERLAND, UNITED STATES BANKRUPTCY TRUSTEE ROBERTA NAPOLITANO, UNITED STATES BANKRUPTCY TRUSTEE ELIZABETH A. KANE, AND UNKNOWN OTHER JOHN "DOES" AND JANE "ROES" WHO ARE DEPARTMENT OF JUSTICE ATTORNEYS, TREASURY SPECIAL AGENTS OR I.R.S. OFFICERS, EMPLOYEES, TREASURY AGENTS AND OTHER UNKNOWN STATE ACTORS 1 THROUGH 100; (*All parties acting as Agents, Attorneys or employees on behalf of the Government are all being sued in their individual capacities*) ET. AL.,

DECEMBER 31, 2018

Defendant(s).

---

# AFFIDAVIT
### OF PLAINTIFF
**RoseMarie M. Lastimado-Dradi**
### IN SUPPORT OF MOTION
### FOR DEFAULT JUDGMENT

| **WASHINGTON STATE REPUBLIC** | } |
|---|---|
| | }Scilicet: |
| **CLARK COUNTY** | } |

I, **RoseMarie M. Lastimado-Dradi**, duly affirms and states as follows:

1. I am a Proper Party Plaintiff in the above-entitled action and I have personal firsthand knowledge of the particulars and pleadings in this matter.

2. The initial Summons and Complaint was duly filed on September 7, 2018, and the 1st Amended Complaint was filed on September 28, 2018, then subsequently shortly thereafter, upon Motion from the Defendant's Attorney, Katherine R. Powers, Plaintiff duly filed a redacted version of the Complaint on November 9, 2018.

3. Defendant(s) were served with a copy of the Summons and Complaint by the U.S. Marshals and docketed by the Clerk at Court Docket No. 1.

4. An answer to the Plaintiff's Complaint was due by November 9, 2018. (*See* Court Docket No. 1, Clerk of the Court's explicit instruction to Defendant(s) that the deadline for Defendant(s) answer to be 11/09/2018).

5. On October 24, 2018, Defendant(s) Attorney, Katherine R. Powers, made an *ex parte* Motion to the Court for an Extension of Time that was granted by the Judge, Charles F. Lettow, on October 26, 2018, specifying to the Defendant(s) Attorney that said responsive pleading was due on or before December 7, 2018. (See Court Docket No. 8).

6. On November 19, 2018, Hon. Charles F. Lettow granted Plaintiff's Motion to Amend the Complaint, and the amended Complaint shall be deemed filed as of September 28, 2018, and Defendant(s) answer was due on or by 12.07.2018. (See Court Docket No. 12 entered 11/19/2018).

7. On November 29, 2018, Defendant(s) Attorney, Katherine R. Powers, filed another *ex parte* Motion to the Court requesting an extension of time until January 11, 2019 that

Plaintiff has vehemently objected to, and that the Court has not granted said extension beyond the deadline set by the Court on December 7, 2018.

8. Plaintiff duly filed an objection to said second extension of time with the Court, and Defendant(s) Attorney has not responded to Plaintiff's objection neither have they obtained any permission from the Court regarding another extension.

9. Defendant(s) have failed to plead or otherwise defend within the time allowed and, therefore, are now in default.

10. Plaintiff respectfully requests that the Clerk of Court honor their Oath of Office, obey the law, and enter the default against the Defendant(s), and each of them, as a matter of law.

Respectfully,

RoseMarie M. Lastimado-Dradi
American Citizen
Living Breathing Natural Woman of the Land

Affirmed and Ascribed Before Me This
31st day of December, 2018.

Notary Print: James McPhee

Notary Signature: _____

Notary Commission Expire: OCT 26 2022

JAMES MCPHEE
Notary Public
State of Washington
Commission # 176334
My Comm. Expires Oct 26, 2022

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REPRESENTATIVE CLASS PLAINTIFFS:
*on behalf of themselves and others so situated as putative class members,*

John W. Barry, Karrine N. Montaque, Moses Nelson, Joel Adeyemi Omotosho, Julio Ruiz, Patricia Hinds, Elba M. Viera Lopez, Carl McBean, RoseMarie M. Lastimado-Dradi, Elvah Bliss Miranda, Daniel B. Miranda, Marciaminajuanequita R. T. Dumlao, Rosalie O. Libanag, Rodrigo B. Libanag, Hannah K. Heart, Brigida E. Chock, Michael T. Chock, Leoncio Bautista, Scott F. Hawver, Beverly Braumuller-Hawver, Paul K. Meyer, Eurich Z. Griffin, III, Barbara W. Griffin, Rose Ann Flor, McKinley Lewis, Annette Torruellas, Sheryl Tinoco, Radames Rodriguez, Jeanette Delgado, Aaron Aqueron, Benedicta Sison, Betty Ananyo, Rafael Ramos, Ada Ramos, Hector Mendez, Miriam Mendez, Jose Valez, Magdelena Nieves, Juanito Estrada, among others similarly situated,

*Unincorporated Natural Persons Standing in Propria Persona Sui Juris,*

-against-

UNITED STATES, UNITED STATES DEPARTMENT OF THE TREASURY, STEVEN MNUCHIN, SECRETARY, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, JOHN KOSKINEN, UNITED STATES DEPARTMENT OF JUSTICE ACTING ATTORNEY GENERAL DAVID A. HUBBERT, UNITED STATED ATTORNEY GENERAL, JEFFERSON B. SESSIONS, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY BRADLEY A. SARNELL,

Case No.1:18-cv-01837T(CFL)

# ENTRY OF DEFAULT JUDGMENT
PURSUANT TO FRCP RULE 55(a)

DECEMBER 31, 2018

UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY SARAH T. MAYHEW, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY LAQUITA TAYLOR-PHILLIPS, I.R.S. ACCOUNTING OPERATIONS MANAGER BENJAMIN F. RAY, I.R.S. FIELD AGENT SARAH DAVIDSON, I.RS. REVENUE OFFICER JOHN SHATRAW, I.RS. REVENUE OFFICER JAMES GREENWAY, I.R.S., I.R.S. REVENUE OFFICER COLIN P. KELLY, I.R.S. REVENUE OFFICER KENNETH O. JUSTICE, I.R.S. REVENUE OFFICER R.A. MITCHEL, I.R.S. REVENUE OFFICER MICHAEL W. COX, I.R.S. REVENUE OFFICER ELBA Y. PORRATA-DORIA, I.R.S. REVENUE OFFICER BART BRELLENTHIN, I.R.S. REVENUE OFFICER K. COLT, I.R.S. REVENUE OFFICER DEBORAH JAMES, I.R.S. REVENUE OFFICER CYNTHIA D. SPRY, I.R.S. REVENUE OFFICER NEIL CASEY, I.R.S. REVENUE OFFICER JAMES BECK, I.R.S. SUPERVISORY FIELD AGENT DAVID SMITH, I.R.S. ADVISORY GROUP AGENT LASONIA KIMES, I.R.S. ADVISORY GROUP MANAGER L. DUNN, I.R.S. ADVISORY GROUP MANAGER LISA MORRISON, I.R.S. DIRECTOR OF SPECIALTY COLLECTIONS CHERYL CORDERO, I.R.S. OPERATIONS MANAGER FOR COLLECTIONS SHERRI HOLCOMB, I.R.S. OPERATIONS MANAGER TONYA WILLIAMS-WALLACE, I.R.S. GENERAL ATTORNEY JAMES P. CALIGURE, I.R.S. ASSOCIATE AREA COUNSEL MONICA E. KOCH, I.R.S. TERRITORY MANAGER PAUL G. ALVARADO, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER DAVID FERS, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER MARK MACPHERSON, ALCOHOL TOBACCO

DECEMBER 31, 2018

| | |
|---|---|
| & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER KELLY MAEDA, ALCOHOL TOBACCO & FIREARMS CRIMINAL INVESTIGATIONS DIVISION OFFICER RYAN SPENCER, DEPARTMENT OF THE TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION OFFICER CHRISTOPHER J. GUST, I.R.S. RICS/IVO PROGRAM MANAGER CHRISTINE L. DAVIS, I.R.S. DISCLOSURE SPECIALIST SUMMER A. SUTHERLAND, UNITED STATES BANKRUPTCY TRUSTEE ROBERTA NAPOLITANO, UNITED STATES BANKRUPTCY TRUSTEE ELIZABETH A. KANE, AND UNKNOWN OTHER JOHN "DOES" AND JANE "ROES" WHO ARE DEPARTMENT OF JUSTICE ATTORNEYS, TREASURY SPECIAL AGENTS OR I.R.S. OFFICERS, EMPLOYEES, TREASURY AGENTS AND OTHER UNKNOWN STATE ACTORS 1 THROUGH 100; (*All parties acting as Agents, Attorneys or employees on behalf of the Government are all being sued in their individual capacities*) ET. AL., | DECEMBER 31, 2018 |
| Defendant(s). | |

Plaintiff, **RoseMarie M. Lastimado-Dradi**, hereby requests that the Clerk of Court enter default against the Defendant(s), and each of them, pursuant to FRCP Rule 55(a). It appearing from the record that the Defendant(s), and each of them, have failed to plead or otherwise defend, the default of the Defendant(s), and each of them, is hereby entered pursuant to FRCP Rule 55(a).

Dated this 31_ day of DECEMBER_, 2018_.

BY:_____
       USCFC, Clerk of Court

## CERTIFICATE OF SERVICE

I, **RoseMarie M. Lastimado-Dradi** hereby certify that on December 31, 2018, I sent a true and correct copy of the foregoing Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default, and proposed Entry of Default Order in a pre-paid postage envelope via first class United States Postal Service mail to the Attorney for the Defendant(s) named in the duly filed and served Civil R.I.C.O. Complaint for Agency Review to the address listed below as such:

KATHERINE R. POWERS, Esq.
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

RoseMarie M. Lastimado-Dradi
American Citizen
Living Breathing Natural Woman of the Land

# CERTIFICATE OF SERVICE

I, RoseMarie M. Dradi certify that on the __22__ day of __January___, 2019_, I served true and accurate copies of the foregoing document on the following person(s)

**UNITED STATES DISTRICT COURT attention MJ KENNITH J. MANSFIELD located 300 AlaMoana Blvd. #C338 HONOLULU, HI 96850,** either by deposit in the U.S. Priority Mail, addressed as follows and with the correct first-class postage affixed thereto, or be deposit in the designated courthouse mailbox, or by hand-delivery, as indicated below:

Name: USPS Priority Mail with Tracking
Served by: USPS with Electronic Signature
[ X ]   Hand-delivery
[   ]   Deposit in the designated courthouse mailbox
[   ]   By deposit in the U.S. Mail addressed as follows:

CC:  UNITED STATES ATTORNEY'S OFFICE
**Federal Bureau Investigations**
**300 AlaMoana Blvd., #6-100**
**Honolulu, HI 96850**
[x] USPS Priority Mail

CC: GOOGLE – CORPORATION SERVICE COMPANY
2710 GATEWAY OAKS DRIVE SUITE 150N
SACRAMENTO, CA 95833
[x] CERTIFIED MAIL

CC: FEDERAL COURT OF CLAIMS
717 MADISON PL NW
WASHINGTON DC 20439-0002
Case# 18-01387(T)
[x] USPS Priority Mail

                                                /s/_ RoseMarie Dradi
                                                RoseMarie Dradi